# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                   No. 05-10010-T

TED CARROLL,

    Defendant.

## ORDER CONTINUING TRIAL AND REPORT DATE AND EXCLUDING DELAY

Upon motion of counsel for defendant Ted Carroll and for good cause shown, the report date which is scheduled for May 10, 2005, and the trial date which is currently scheduled for May 18, 2005, are hereby continued. Defendant contends that additional time is needed for preparation for the trial.

The court finds that the defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from May 18, 2005, to June 20, 2005, at 9:30 A.M.</u> The resulting period of delay, from May 18, 2005, to June 20, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

The report/motion date has been reset for June 10, 2005, at 9:15 a.m.

IT IS SO ORDERED.

                                       /s/ James D. Todd
                                       JAMES D. TODD
                                       UNITED STATES DISTRICT JUDGE

                                       5 May 2005
                                       DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __5/9/05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:05-CR-10010 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Donald Schwendimann
LAW OFFICE OF DONALD SCHWENDIMANN
12 East Fourth Avenue
Hohenwald, TN 38462

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT