IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CR. NO. 05-10010-T/AN |
| vs. ) | |
| ) | |
| TED CARROLL, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE MOTIONS

Comes now Donald W. Schwendimann, counsel for Ted Carroll, and respectfully moves the Court for an enlargement of time in which to file motions in the above-captioned case.

Defendant Ted Carroll was arraigned on the afternoon of April 4, 2005, and Defendant's counsel received a Notice of Distribution on April 11, 2005, confirming the arraignment and plea and requiring that all motions be filed within thirty days.

In the normal work days of the week following April 4, 2005, but including May 4, 2005, Defendant's counsel has been in court all or substantially all of seventeen of those days and spent one of those days at a convention in Gatlinburg, Tennessee. As a result of the extraordinary amount of court time and using other available time for preparation of upcoming hearings and trials, Defendant's counsel has found it impossible to prepare appropriate motions for this case.

**MOTION GRANTED**
DATE: 5 May 2005

_____
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/9/05

**WHEREFORE,** premises considered, counsel respectfully moves the Court to enlarge the time in which he may file motions for an additional thirty (30) days.

Respectfully submitted,

Schwendimann & Associates

_____
Donald W. Schwendimann
Attorney for Defendant
12 East 4th Avenue
P.O. Box 366
Hohenwald, TN  38462
Tel: (931) 796-1147
Fax  (931) 796-5692

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Certificate of Service**

I, the undersigned, do hereby certify that I have mailed a true and exact copy of the foregoing Motion to Honorable James W. Powell, Assistant U.S. Attorney, 109 South Highland, Jackson, TN  38301, by depositing said copy in the U.S. Mail, postage prepaid, and via facsimile to him at (731) 422-6668, this 4th day of May, 2005.

_____
Donald W. Schwendimann

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 1:05-CR-10010 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Donald Schwendimann
LAW OFFICE OF DONALD SCHWENDIMANN
12 East Fourth Avenue
Hohenwald, TN 38462

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT