

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                              Criminal No. 1:05-CR-10010-01-T

TED CARROLL


ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY
EXCLUDABLE UNDER SPEEDY TRIAL ACT

Upon motion of counsel for defendant the trial date of
June 20, 2005, is continued due to unavailability of defense
counsel and to allow counsel additional time in which to prepare.
The ends of justice served by taking such action outweigh the best
interest of the public and the defendant in a speedy trial.

The Clerk shall **re-set TRIAL DATE** for **Monday, August 1, 2005
at 9:30 A.M.** The Court finds that the grounds for this continuance
justified excluding the period of June 20, 2005, to August 1,
2005, as excludable delay under Title 18 U.S.C.§3161(h)(8)(B)(iv)
and(h)(8)(A).

IT IS SO ORDERED.

_JAMES D. TODD_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: _10 June 2005_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6|13|05_

31

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 1:05-CR-10010 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Donald Schwendimann
LAW OFFICE OF DONALD SCHWENDIMANN
12 East Fourth Avenue
Hohenwald, TN 38462

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT