# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                No. 05-10010-T

TED CARROLL,

    Defendant.

## ORDER CONTINUING TRIAL AND EXCLUDING DELAY

Upon telephonic motion of counsel for defendant Ted Carroll, with no objection from the government and for good cause shown, the trial date which is currently scheduled for August 1, 2005, is hereby continued. Defendant contends that additional time is needed for preparation for the trial.

The court finds that the defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from August 1, 2005, to August 22, 2005, at 9:30 A.M.</u> The resulting period of delay, from August 1, 2005, to August 22, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

28 July 2005
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7/29/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:05-CR-10010 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Donald Schwendimann
LAW OFFICE OF DONALD SCHWENDIMANN
12 East Fourth Avenue
Hohenwald, TN 38462

Honorable James Todd
US DISTRICT COURT