IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



UNITED STATES OF AMERICA

vs                                           CR NO. 1:05-10010-01-T

TED WAYNE CARROLL


ORDER ON CHANGE OF PLEA

This cause came on to be heard on August 22, 2005,  Assistant U. S. Attorney, James W. Powell, appearing for the government, and the defendant appeared in person and with counsel, Donald Schwendimann, who was retained.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Counts 1 of the Superceding Indictment.

This case has been set for sentencing on **Tuesday, November 15, 2005, at 9:15 A.M.**

The defendant is allowed to remain on his present bond.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 22 August 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on   8/22/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:05-CR-10010 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Donald Schwendimann
LAW OFFICE OF DONALD SCHWENDIMANN
12 East Fourth Avenue
Hohenwald, TN 38462

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT